odsmbnc (04/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

    Donald D. Gunn

    Debtor(s)

Bankruptcy Proceeding No.  13–80753–TLS
Chapter  13

Judge:  Thomas L. Saladino

**ORDER DISMISSING CASE**

    This case is dismissed upon the Declaration of the Chapter 13 Trustee in support of the Trustee's Notice of Payment Default. It is ordered that this case is hereby dismissed for the debtor's failure to cure the plan payment defaults.

    Dated:   October 3, 2013

                                                      BY THE COURT:

                                                      /s/ Thomas L. Saladino
                                                      Chief Judge

Copies mailed to all creditors and parties in interest.